

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| APW | *271 Cadman Plaza East* |
| F. #2020R01125 | *Brooklyn, New York 11201* |

May 7, 2021

<u>By Email</u>

John Wallenstein, Esq.
1100 Franklin Avenue # 100
Garden City, NY  11530

   Re: United States v. Raza Sikandar
     <u>Criminal Docket No. 20-582 (MKB)</u>

Dear Counsel:

  Enclosed please find the government's supplemental discovery, labeled Production 3.

- Redacted copy of Diplomatic Security Services Report (RS000423 – RS000437)

  A copy of this report was already produced under Bates Numbers RS000144 – RS000158.  In the government's view, the additional unredacted material provided in this production does not constitute Rule 16 material, but contains information that the government will use to make a motion pursuant to federal rule of evidence 404(b).

  The government reserves the right to produce additional discovery and also requests reciprocal discovery from the defendant.

  If you have any questions or requests regarding discovery or a disposition of this matter, please do not hesitate to contact me.

        Very truly yours,

        MARK J. LESKO
        Acting United States Attorney

   By:  /s/ Andrew P. Wenzel
        Andrew P. Wenzel
        Assistant U.S. Attorney
        (718) 887-1294

Enclosures

cc: Clerk of the Court (EK) (by ECF) (without enclosures)