UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

UNITED STATES OF AMERICA,

- against –

RAZA SIKANDAR,

                Defendant.

-----------------------------------------------------------------

**ORDER**
20-CR-582 (MKB)

Upon the application of defendant's counsel, John S. Wallenstein,

IT IS HEREBY ORDERED that

The Metropolitan Detention Center, which is currently in possession of the PSR that was mailed to Mr. Sikandar by his counsel, shall provide the PSR to Mr. Sikandar and permit him to retain it in his own legal paperwork until sentencing.

Dated: April 13, 2022
       Brooklyn, New York

                                  SO ORDERED:

                                  _____s/ MKB_____
                                  MARGO K. BRODIE
                                  United States District Judge