# JOHN S. WALLENSTEIN
### Attorney at Law
### 1100 Franklin Avenue
### Garden City, New York 11530
### (516) 742-5600  Fax (516)742-5040
email: jswallensteinesq@outlook.com

June 17, 2022

**VIA ECF**
Hon. Margo K. Brodie
Chief United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Raza Sikandar
               Indictment # 20 CR 582 (MKB)

Dear Chief Judge Brodie;

       I write to respectfully request a brief adjournment of Mr. Sikandar's sentencing, as we have recently determined a few additional issues we wish to object to, and to provide sufficient time for the defense memorandum to be completed and reviewed by the Court. Sentencing is now scheduled for June 30.

       We propose a three week adjournment of the sentencing, to the week of July 18, with our papers to be submitted by July 11. I am available July 18, 19, or 21. AUSA Andrew Wenzel advises he is likewise available, and consents to this brief adjournment.

       Thank you for your courtesy and consideration.

               Respectfully yours,

               **/s/ JOHN S. WALLENSTEIN**

               JOHN S. WALLENSTEIN

JSW/hs