TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B

---

FROM: 20832509
TO: De, Dave
SUBJECT: Letter Motion for Medical Order
DATE: 07/14/2022 07:05:11 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 18 2022 ★

BROOKLYN OFFICE

Raza Sikandar (20-cr-0582) (MKB)

Dear Judge Brodie,

Please issue an order for the BOP to facilitate needed surgery. I need to have the temporary orthopedic device in my shoulder removed as it's causing great pain and it's overdue for surgery by almost a year and a half.

Additionally, if you can order the BOP to have x-ray's of my face taken and some treatment, I believe my right orbital eye socket is cracked after improperly being taken to the SHU and then assaulted there while I was asleep from my cellmate. The crack is quite prominent to the touch and has caused vision distortion and upper jaw pain.

Thank You,

Raza Sikandar #20832509