TO: Honorable Chief Judge Margo Brodie

RAZA HASAN SIKANDAR - (20-cr-0582)
Eastern District New York - (MKB)

c/o Clerk of Court:

Dear Clerk of Court,

> RECEIVED
> JUL 18 2022
> PRO SE OFFICE

Please file this letter motion to the judge along with my apology letter & exhibits/ extracts so she may grant me an order to get surgery performed on my shoulder that is in great pain & has been pending surgery - to remove a temporary orthopedic device that's been over due to be removed by 18 months approximately now. Also attatched are some exhibits from medical showing just how long it takes to see someone (even a triage nurse) & their responses. This is just from the last couple months & just some of the messages. For example it took 2 months to get pain meds & 1 month to renew

my bi-polar meds causing a significant lapse in medication management & this has been the case now for 21 months. Thank you very much.

Regards,

Raza Sikandar #20832509
MDC - Brooklyn