FROM: 20832509
TO: Wallenstien-Office, John
SUBJECT: Sikandar Apology Letter to Judge Brodie
DATE: 06/25/2022 12:24:35 PM

Dear Judge Brodie,

I'm writing this letter to convey, to the best of my ability, my sincere regret & sorrow in knowing that my poor judgments caused injury & pain to Javier; my Family; this Court; the Department of Justice; the State Department; and the Customs & Border Patrol, for using identity documents that were not mine. If I could go back in time, I would, & not make these repugnant and irrational decisions. Please accept this humble apology as well as my commitment to change: this will never happen again. Detailed here is my personal journey to get to this point; as at the time of this incident and after my arrest, I believed that what I had done was in my best interest to pursue life & liberty from perceived threats; however, being imprisoned these last 20 months in almost total lock-down, immobilized & quartered within my tiny metal cell, allowed me to distill my conduct & fully apprehend the consequences of my misguided beliefs and actions.

During this time, the compounding mental and physical sufferings of being imprisoned immunocompromised with respitory comorbidities' during Covid; my shoulder being injured in constant pain & in need of still unaddressed surgery; being threatened numerous times with physical violence; assaulted while asleep with my right orbital socket being fractured and still untreated with other psychological and physical injuries sustained; wrongly taken to the SHU twice and held for over a quarter of my detention time there placing me at an even greater state of trauma; being held at knife-point by a prison gang and then having to wait after reporting it to multiple staff over a week while still being housed with the perpetrators; the indignity, constant retaliations and verbal abuses by prison staff as a result of me being Pakistani-American and bunked with terror suspects by the BOP; and among many other ongoing sufferings too many to document here - significantly amplified the punitive effects of my detention. Nevertheless, I am grateful to be home, and this experience, above anything else else, has been a turning point in my life.

This quantified time & extreme pressures allowed me to better recognize the underlying mechanisms & triggers that have lead to my cycle of instability. Through focused introspection & meditation, participation in multiple psychological and educational programs, completing numerous BOP self-help workbooks, reading deeply on behavior analysis and cultivating error recognition techniques, thinking holistically and critically, engaging in poignant conversations with fellow inmates, self-reflecting daily and aiding prisoners getting there GEDs, all of these and more - better enabled me to understand the disbalanced structures that became factors for me to commit these criminal acts. I now fully grasp and apprehend the pain & injury that I have inflicted with the realization that for every consequence I am aware of, there are others still unaccounted for. Not just legal ones, but social & communal ones that ripple out. Thus, an acute hurt & pain is etched into me from this shame, guilt, frustration, failure, anguish, regret, embarrassment, disgrace and dishonor with this newfound understanding and at the center of it all is a recognition of a self I do not want to ever be again. I understand now what Victor Frankl meant in "Man's Search for Meaning" when he said, "suffering in & of itself is meaningless; we give our suffering meaning by the way in which we respond to it." This time has given me the opportunity to process my misdeeds and execute on a plan of action to earn my forgiveness.

The man before you now was not always so contradictory. Raised by loving, stable & god-fearing parents, they did their best to raise me & my siblings. Life growing up was lively and engaging as my family hosted many extended family members to live with us. With these additional members, my family needed to expand our home and on a small budget, they searched for the most economical contractor. They hired a shady Pakistani man that attempted to sexually assault me and after I reported it to my parents, they failed to do address what happened. Never saying anything to the contractor or to me about what happened formed substantial trust issues that cultivated into rebellious conduct. From then on I was suspicious and defensive, certain that ours is a dog eat dog world, leaving the shelter of my family from the age of 17 onwards with impulsive and destructive behaviors that crippled me for the last 30 years. Turning 40 and on bi-polar meds, my impulsive irrational thinking was already on the decline & from this experience, it has been eradicated. I understand now through dissection of my inner-life, how to dismantle these triggers and lead a fully law-abiding and productive life. This background information is not meant as an excuse for the harm that I have caused Javier & my family, but meant as a needed explanation. I fully acknowledge my wrongful acts & my wrongful behaviors & I am deeply deeply sorry for using Javier's' passport to come back home and for all the underlying actions that lead up to that moment.

Judge Brodie, I am scared. For myself of course, but mostly I am scared that I will not be able to be with my father while he is still alive as his health has progressively plummeted from having a massive stroke paralyzing his entire left side. I am terrified that I will not be able to aid him in his time of need; to fulfill my duties to him as his oldest son, to not be able to care for him; to not let him feel my presence every day and for him to know that I am there for him. In 1996, when his father, my dada, also had

a stroke, we arrived to Pakistan and my grandfather was already in a coma. He never woke up, passing days later from pneumonia and complications. My dad, also the oldest son, wept uncontrollably for days, and in those moments I remember him saying to me how he had failed his father and his family, how he failed to be by his side and fulfill his duties to him especially as his oldest son. He told me that he feared that as punishment he would suffer the same fate. These words haunt me to the core. Over the course of the Pandamic, 3 of his 4 siblings have died from Covid complications. And so I humbly ask this Court for that fate to not happen. To let me be with my dad and serve as the oldest son needs to serve his parents, to aid him in his time of need. My daily prayer is to get to him before something happens. My sister Syma says that he barely holds on just to see me again and his condition is dismal. He has dementia, barely talks to others and doesn't move from his hospice bed. I need to be home to care for him Judge Brodie.

I have spent an enormous amount of time dissecting every act, every thought, every behavior that I can apprehend and I am committed to change the ones' that brought me to bear all this suffering for so many years. 2020, 2021, and now 2022 were all impossibly hard year's to describe in full detail the harshness of this imprisonment that overlaps with the deadly Pandemic and the merging of MCC into the already stretched resources of MDC during this period. The extreme amount of violence that I've personally experienced coupled with the overall conditions of my imprisonment is enough for anyone to be deterred from ever committing any illegal act. I've thought long and hard of the man I want to become and as Theodor Herzl stated - "If you will it, it is no dream." I will myself to be the man I know I can become, on earning my forgiveness with right conduct and right action, through aiding others through STEPS, through restoring confidence in society by addressing the stigma of mental illness and vocalizing for the silenced. I ask your judgment be tempered with mercy and understanding. I am very sorry for my actions.

Thank you and God bless you,
Raza Sikandar

examination. After it was confirmed that there was a device placed in the defendant's back, surgery was scheduled; however, it was during a religious holiday, so the defendant asked for it to be rescheduled. Due to the ongoing lockdowns at the MDC, the defendant's surgery has been delayed. The defendant reported that the device was supposed to be removed after three months; however, due to his incarceration, the device has been in for over a year. He reported that the device has caused him pain, to lose sensation in the back, and made it difficult for him to sleep on his left side. The defendant is prescribed ibuprofen 800 MG for pain management.

86. In November 2021, the defendant reported that correctional officers raided his cell and found contraband (cigarettes). The defendant as well as his cellmate were placed in the Special Housing Unit (SHU) until the outcome of the MDC's investigation. The defendant was placed with a new cellmate and remained in the SHU for two months awaiting the outcome of the investigation. He informed that the investigation was delayed due to the Holidays. In January 2022, the defendant was informed that the further investigation revealed that he was not responsible for the contraband found in his cell. On January 12, 2022, while in the SHU, the defendant was attacked by his cellmate, Rasheed Moula. The defendant reported that he was sleeping and then the Mr. Moula began to attack him, hitting him with his fist about the body. The defendant reported that he held his hands over his face to protect himself. The attack caused damage to the defendant's nerves in his right eye, which has caused pain in his eye, head, ears, as well pain in his teeth. He was not treated after the attack, but was transferred back to general population. The defendant reported that he did not know why his cellmate attacked him, he speculated that it may have been due to the contraband charges being dismissed. He indicated that the cellmate may have been upset that the defendant was leaving the SHU.

### Mental and Emotional Health

87. From 2008 to 2014, while serving a local sentence, the defendant reported that he received anger management and attended parenting classes.

88. The defendant reported that while in Europe, he was diagnosed with a mild bipolar disorder. He advised that the MDC has been monitoring his mental health, and has prescribed him a 30 day supply of Vraylar (an atypical antipsychotic that is effective for the treatment of schizophrenia and bipolar disorder) and Lithium (used to treat mania that is part of bipolar disorder (manic-depressive illness) which are refilled monthly. Notably, the defendant's 30-day supply is kept in the defendant's possession, and he self-medicates.

89. The defendant reported that he received counseling services when he first arrived at the MDC; however, after the lockdowns it became difficult to receive services. He indicated that the treatment was not beneficial as "there is not much that they can do."

### Substance Abuse

90. The defendant disclosed that while in high school and "a few times" during his 20s, he experimented with ecstasy. He indicated that it was something that he did socially.

91. The defendant stated that he tried mushrooms once in high school but did not like it.

#20832-509

Left shoulder
Well-healed incision
Abduction: 140
External rotation: 85
Internal rotation: T6

A/P: Status post left shoulder surgery for AC separation with implantation of hook plate on 11/17/2020 in the Czech Republic.

-Treatment discussion was undertaken with the patient including the risk benefits and alternatives of surgical treatment.
-An x-ray will be obtained today in order to ascertain the type of hardware that was used
-The patient will be scheduled for hardware removal at the next available date
Electronically signed by Uzoma Ukomadu, MD at 4/5/2021 12:19 PM

Consult on 4/5/2021 — Note shared with patient

Sikander, Raza Hasan (MRN 21326797)  Encounter Date: 04/05/2021

*# 20832-509*

Ambulatory Care Center Orthopedics
121 DeKalb Avenue
Brooklyn NY 11201
Phone: 718-250-8668
Fax: 718-250-8041

**Patient:**
Raza Hasan Sikander

2090 SOUTH COLOMBIAN ROAD
BIRMINGHAM AL 35216
Phone: 205-536-8442

Epic MRN: 21326797
Eagle MRN: 1844521
DOB: 2/8/1982
SSN: xxx-xx-9999
Sex: M

| **INSURANCE** | **PAYOR** | **PLAN** | **GROUP #** | **SUBSCRIBER ID** |
|---|---|---|---|---|

**Primary:**

Not on File

Order Date: Apr 5, 2021

**Order Name:** X-ray Clavicle Left (**Order ID:** 8146996)
**Order Date:** Apr 5, 2021
**Order Class:** Ancillary Performed
**Diagnosis:** Acromioclavicular joint injury, left, initial encounter (S49.92XA)
**Priority:** Routine

*Reason for exam: eval s/p surgery*

**Ordered by:** Uzoma Ukomadu, MD
**Authorized by:** Uzoma Ukomadu, MD   (NPI: 1013111707)
**Supervising Provider:** -

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SIKANDER, RAZA HASAN | | Reg #: | 20832-509 |
| Date of Birth: | 02/08/1982 | Sex: M  Race: WHITE | Facility: | BRO |
| Note Date: | 04/08/2021 13:58 | Provider: Bialor, Bruce (MAT) MD | Unit: | K04 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE  1  Provider: Bialor, Bruce (MAT) MD
     Ortho Consult for hardware removal surgery.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 05/13/2021 | 05/13/2021 | Routine | No | |

   Subtype:
     Orthopedic Surgery
   Reason for Request:
     Grade 3 Separation, Left AC Joint: 39-yo male, seen 4/5 by Ortho to be evaluate for hardware removal from L AC joint. Needs to be scheduled for surgery for hardware removal.
   Provisional Diagnosis:
     Hardware Removal, L AC Joint.

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bialor, Bruce (MAT) MD on 04/08/2021 14:10

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SIKANDER, RAZA HASAN | | Reg #: | 20832-509 |
| Date of Birth: | 02/08/1982 | Sex: M | Race: | WHITE |
| Encounter Date: | 04/26/2021 10:08 | Provider: Bradwisch, Troy RN | Facility: | BRO |

**Cosigned by Bialor, Bruce (MAT) MD on 04/26/2021 10:19.**

TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B
---

FROM: 20832509
TO: Wallenstien-Office, John
SUBJECT: Stabbing
DATE: 07/06/2022 10:48:42 AM

On Saturday, there was another brutal stabbing in my unit (unit 82) involving 6 inmates. One of the inmates that was stabbed blood gushed on me as he came in front of my cell and grabbed a broom, broke it in two, then went again to attack another inmate. The attack involved at least ten people but only 6 were taken. It lasted for several minutes as MDC was short-staffed for the holiday weekend. The guard called for back-up which took about ten minutes to come and instead of the usual 15-30 officers that rush in when fights happen - only 3 officers and two luitants came - and were chasing down the inmates involved in the fight. We then were locked in from Saturday until today.
-----Wallenstien-Office, John on 7/5/2022 1:21 PM wrote:

>

i'VE RECEIVED ALL YOUR EMAILS AND AM REVIEWING ALL DOCS

RAZA HASAN SIKANDER on 7/1/2022 11:08:25 AM wrote
Mr. Wallenstein,

In the mailings, I attached several lab results establishing that I have not contracted Covid-19. As Covid continues to rage on with 3,000 daily reported cases just in NYC alone [NPR 06-30-2022] I am still at very high risk of exposure. 3 of my dads 4 siblings have died from covid complications [ two sisters and 1 brother]. Long Covid effects 10-15 % of the population - and this is not accounting for immuno-compromised people. Please put in the current conditions of Covid complications in my sentencing memo. At MDC we still live with the threat of covid and it's complications. I've personally seen inmates die here (unit 83 and in unit 84 - two deaths) and there bodies taken out of the cells. My condition still puts me in great risk - COPD w/ asthmatic effect; Asthma; Sleep apnea; Immuno-compromised; history of chronic Pneumonia; history of chronic Bronchitis - nutritional malabsorption; cardio-vascular disease; --- I have sent overall health conditions from 2021 and 2022 and as can be seen from those - I developed Hyperlipidemia as a result of being completely immobilized in a cell for the last 20 months - please incorporate the exhibits especially the medical ones into the memo.

Thank you.

---

FROM: 20832509
TO: Wallenstien-Office, John
SUBJECT: MDC Legal Department/Judge Brodie
DATE: 06/23/2022 08:15:09 AM

Mr. Wallenstein,

Yesterday at approximately 12:32 pm Nurse Mahway came to my cell to administer my Humira immunosuppressant injection. Senior Officer Gonzalez opened the food slot instead of the door. Nurse Mahway complained that he could not administer the shot through the slot and asked to open the cell door (mind you that the bottom half of the unit was already out for recreation and there were no security issues going on to justify not opening my cell door for temporary medical purposes) at which time, I too also requested Senior Officer Gonzalez to open the door as the bi-weekly shot is injected in my stomach.

Ofc. Gonzalez refused at which point Nurse Mahway had to plead with him and began showing the injection against my HIPPA rights and explaining that the shot was too large to administer through the slot - then the Nurse abjectly protested/refused to administer the shot through the slot to me - at which point Senior Officer Gonzalez then slowly and very reluctantly unlocked my cell door and opened it.

While opening the cell door he loudly yelled at Nurse Mahway and me and said "I don't like opening cell doors for animals...animals belong in locked cages...Sikandar belongs in a cage..."

Nurse Mahway and I were in shock, myself completed humiliated, de-humanized and undignified. Nurse Mahway proceeded to administer the shot at which point I informed Senior Officer Gonzalez that I would write him up for saying this to me and also inform my Judge of his continued harassment and belittling of me to which he smiled and again repeated that all inmates should be permantley kept in a cage and as we were all here for a reason ... ( prior to this incident, Ofc. Gonzalez also ransacked my cell and wrote me a 330 charge [being unsanitary or untidy] on 04-12-2022 for having extra food (I was fasting for Ramadan and allowed to keep food stored until the evening) and my cell for being untidy (bunkies blanket was hanging off of his bed and slightly covered the bottom bunks upper area) when Judge Brodie sent the order to give me my PSI and on 4-12-22 I was called to unit team and interrogated on why Judge Brodie had ordered my PSR -- the charge retaliation and harassments for the court order.

When a Luitanant came to explain to me my rights and ask what happened for the 330 charge ...the charge was thrown out, but it shows continued mistreatment by BOP staff towards me. This is in addition to wrongly being taken to the SHU twice and greatly mistreated and punished there leading to being assaulted while asleep and my orbital socket now being fractured (I could feel the shattering of bone in my orbital socket after being hit repeadtly and my head bouncing off the metal bunk - and the constant pain that persists in my face and upper jaw line now) from that incident and BOP refuses to have my face x-rayed and that they kept for over 5 months in SHU during these occasions; also after being held at knife-point by the BLOOD gang and extorted & in August I informed multiple BOP staff that I felt unsafe and what was occurring to me: specifically I reported the incident to Officer Matos, Counselor Vega, Asst. Warden Poughkeepsie, Education Department Technician, and Lt. Thomas at which point Lt. Thomas moved me from Unit 43 to Unit 83 and I am in a protective unit in Unit 82.

I have wrote a complaint to the Warden and am waiting to file the informal complaint to Counselor Espinosa when he comes but legal should be made aware of this incident and this documented for Judge Brodie.

Finally, Officer Gonzalez is already under investigation for locking down and isolating then completely refusing to feed for over 56 hours inmate Javi Arazi, a foreign inmate from Israel and my bunkie in unit 43 and now here with me in unit 82, until inmate Arazi passed out and medical had to be rushed in. His legal team is also documenting Ofc. Gonzalez mistreatment of prisoners.

I have multiple witnesses and Nurse Mahwah that can attest to this incident.

TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B

---

FROM: Sick Call
TO: 20832509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/03/2022 01:02:05 PM

You have been placed on the schedule for sick call.

Tylenol (Acetaminophen), Aleve (Naproxen/ Naprosyn) and Motrin (Ibuprofen) are available in commissary.

---

From: ~^! SIKANDER, ~^!RAZA HASAN <20832509@inmatemessage.com>
Sent: Tuesday, May 3, 2022 4:44 PM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** SIKANDER, RAZA, Reg# 20832509, BRO-K-B

To:
Inmate Work Assignment: None

Sick call for extreme shoulder pain



TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B
----------------------------------------------------------------

FROM: Sick Call
TO: 20832509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/06/2022 12:57:02 PM

You are scheduled to be seen

---

From: ~^! SIKANDER, ~^!RAZA HASAN <20832509@inmatemessage.com>
Sent: Wednesday, June 29, 2022 2:14 PM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** SIKANDER, RAZA, Reg# 20832509, BRO-K-B

To:
Inmate Work Assignment: none

My shoulder is in a lot of pain and I feel the metal rod grinding on my shoulder bones. Please put me on sick call list to see the doctor.

TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B

---

FROM: 20832509
TO: Sick Call
SUBJECT: ***Request to Staff*** SIKANDER, RAZA, Reg# 20832509, BRO-K-B
DATE: 06/29/2022 02:15:22 PM

To:
Inmate Work Assignment: none

I'd like to see the doctor to renew my bi-polar prescriptions. Thank you.

TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B

---

FROM: Psychology
TO: 20832509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/27/2022 01:07:02 PM

Hello,

Psychology Services does not prescribe, refill, or dispense medication. Please request a refill via Trulincs.

Thank you,
Psychology Services

Please note, this mailbox is not monitored 24/7. if you are in crisis, please contact your unit officer or another staff member immediately.

From: ~^! SIKANDER, ~^!RAZA HASAN <20832509@inmatemessage.com>
Sent: Friday, June 24, 2022 7:15 PM
To: BRO-InmateToPsychologySvcs (BOP) >
Subject: ***Request to Staff*** SIKANDER, RAZA, Reg# 20832509, BRO-K-B

To: Refill
Inmate Work Assignment: None

Please refill my meds. Thank you

---

FROM: Sick Call
TO: 20832509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/12/2022 09:37:02 AM

You can request refills on trulincs

---

From: ~^! SIKANDER, ~^!RAZA HASAN <20832509@inmatemessage.com>
Sent: Monday, June 6, 2022 9:02 AM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** SIKANDER, RAZA, Reg# 20832509, BRO-K-B

To:
Inmate Work Assignment: none

please refill my bi-polar meds. thank you



TRULINCS 20832509 - SIKANDER, RAZA HASAN - Unit: BRO-K-B

---

FROM: Sick Call
TO: 20832509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/24/2022 10:27:02 AM

Pain medications are available in commissary

---

From: ~^! SIKANDER, ~^!RAZA HASAN <20832509@inmatemessage.com>
Sent: Sunday, May 22, 2022 7:53 AM
To: BRO-InmateToSickCall (BOP) >
Subject: ***Request to Staff*** SIKANDER, RAZA, Reg# 20832509, BRO-K-B

To:
Inmate Work Assignment: None

My shoulder and let arm is in extreme pain. Please put me on sick call. thx

MDC Brooklyn
Raza Sikandar #28832509
P.O. Box 329002
Brooklyn, NY 11232

Clerk of Court for EDNY
Cheif Judge Margo K Brodie
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

METROPOLITAN DETENTION CENTER
80 29TH ST BROOKLYN, NY 11232
The enclosed letter was processed though
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.