# JOHN S. WALLENSTEIN
## Attorney at Law
## 1100 Franklin Avenue
## Garden City, New York 11530
## (516) 742-5600  Fax (516)742-5040
### email: jswallensteinesq@outlook.com

August 19, 2022

**VIA ECF**
Hon. Margo K. Brodie
Chief United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Raza Sikandar
              Indictment # 20 CR 582 (MKB)

Dear Chief Judge Brodie;

    I write to respectfully request a brief adjournment of Mr. Sikandar's sentencing, now scheduled September 1. In view of the Government's extensive arguments in their memorandum filed this week, we will require some additional time to respond thereto.

    We therefore respectfully request that sentencing be adjourned to September 21, 2022, at a time convenient to the Court. Based on conversations with my client, and given the issues raised, the hearing may take considerable time.

    Thank you for your courtesy and consideration.

                              Respectfully yours,

                              ***/s/JOHN S. WALLENSTEIN***

                              JOHN S. WALLENSTEIN

JSW/hs