# JOHN S. WALLENSTEIN
Attorney at Law
1100 Franklin Avenue
Garden City, New York 11530
(516) 742-5600  Fax (516)742-5040
email: jswallensteinesq@outlook.com

August 23, 2022

**VIA ECF**
Hon. Margo K. Brodie
Chief United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Raza Sikandar
              Indictment # 20 CR 582 (MKB)

Dear Chief Judge Brodie;

     I write as directed by the Court, to advise my position regarding the defendant's "pro se" submissions (ECF # 58, 64, & 65). I decline to adopt those motions as my own, although certain of the points raised should be considered by the Court, as outlined below.

     With respect to ECF # 58, the defendant's motion for a "status conference" and a hearing regarding alleged constitutional violations due to the conditions and treatment he claims to receive at MDC, I respectfully note that the Court is well aware of the conditions at MDC, and receives regular updates through supervising the ongoing litigation brought by the Federal Defenders. I daresay that the Court is far more informed of the overall conditions at MDC than is Mr. Sikandar, who can only relate that which has occurred in his own unit or to him personally. Without denigrating his position, I do not think that this motion is appropriate at this time. I submit that the conditions at MDC, and particularly those which affect Sikandar personally, will be addressed through the sentencing memoranda submitted, and through statements at the upcoming sentencing hearing.

     The point he raises regarding the 6th Amendment has not been my own experience, and I therefore decline to adopt that argument. I have been able to communicate regularly with Mr. Sikandar and other clients at MDC, although there have been occasional glitches. For the most part, legal calls occur close to the scheduled time, and visits, while problematic, do occur.

     With respect to the motion for release at ECF # 64, and its followup at ECF # 65, I decline to adopt the motions as presented. However, with regard to the medical issue and the defendant's request for surgery, the government has

# JOHN S. WALLENSTEIN
**Attorney at Law**

provided an update (ECF # 59, under seal) but as far as I know, the surgery has still not been scheduled, nor has the followup orthopedic consult.

The defendant's statements contained on pages 2 through 7 of his submission should be considered by the Court when the 3553(a) factors are taken into account, as they relate to his personal history and characteristics and are fairly detailed.

Thank you for your courtesy and consideration.

Respectfully yours,

**/s/ JOHN S. WALLENSTEIN**

JOHN S. WALLENSTEIN

JSW/hs